MR. JUSTICE SHEA
concurring:
I agree that summary judgment was properly granted. The negligence of Mon-Kota stopped when the tractors were shut down and were no longer doing damage to the crops and land. Had the plaintiff been injured while running in the fields attempting to get the Mon-Kota employees to shut down the tractors, I have no doubt that the rescue doctrine would apply and a factual question would remain for the jury. But here the plaintiff seeks to recover for injuries sustained after the negligent acts of the Mon-Kota employees had come to a standstill, and where there was absolutely no need for the plaintiff to do anything further. He acted as a volunteer in undertaking to change the wheel spacing on the Mon-Kota tractors, and he has alleged no negligence of the Mon-Kota employees after the tractors were shut down. Whatever injuries he received were not proximately caused by the *366 negligence of-Mon-Kota or its employees.